UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JANICE R. BESLIN                                         CIVIL ACTION

VERSUS                                                   NO: 11-0702-JCZ-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the cross-motion of the defendant, Michael J. Astrue, Commissioner of the Social Security Administration, for summary judgment (Rec. doc. 16) is GRANTED; (2) the motion of the plaintiff, Janice Beslin, for summary judgment (Rec. doc. 15) is DENIED; and (3) the plaintiff's complaint is dismissed with prejudice.

June 18, 2012

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was filed on May 14, 2012, and the original deadline for objections was May 29, 2012 (Rec. Doc. 21).  The Court sua sponte extended the deadline to June 8, 2012 (Rec. Doc. 22), yet no objections were filed.